IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DUNAL R. RIVELAND, <br><br> Defendant. | PO 21-5069-GF-JTJ <br><br> VIOLATION: <br> 9711411 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 9711411 (for a total of $180), and for good cause shown, **IT IS ORDERED** that the $180 paid by the defendant is accepted as a full adjudication of violation 9711411.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about March 4, 2021, is **QUASHED**.

DATED this 11th day of March, 2021.

John Johnston
United States Magistrate Judge